UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEEARL FOSTER, | No. 2:22-cv-1064 AC P |
| Plaintiff, | |
| v. | ORDER AND FINDINGS AND RECOMMENDATIONS |
| ALDANA RAMIREZ, | |
| Defendant. | |

  On June 27, 2022, plaintiff was ordered to file a completed in forma pauperis affidavit and a certified copy of his inmate trust account statement.  ECF No. 5.  At that time, plaintiff was cautioned that failure to do so would result in a recommendation that this action be dismissed.  Id. at 2.  The thirty-day period has now expired, and plaintiff has not responded to the court's order, nor has he filed the required documents.

  Accordingly, IT IS HEREBY ORDERED that the Clerk of Court is directed to assign a district judge to this case, and

  IT IS HEREBY RECOMMENDED that this action be DISMISSED without prejudice.

  These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections

1

with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: August 17, 2022

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE
