UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEEARL FOSTER, | No. 2:22-cv-1064 WBS AC P |
| Plaintiff, | |
| v. | ORDER |
| ALDANA RAMIREZ, | |
| Defendants. | |

    Plaintiff, a county jail inmate proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On August 18, 2022, the magistrate judge issued findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 7.  Plaintiff has not filed objections to the findings and recommendations.

    Although it appears from the file that plaintiff's copy of the findings and recommendations was returned to the court on September 6, 2022, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

1   The court has reviewed the file and finds the findings and recommendations to be
2   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
3   ORDERED that:
4       1. The findings and recommendations issued August 18, 2022 (ECF No. 7), are
5   ADOPTED in full, and
6       2. This action is DISMISSED without prejudice for lack of prosecution..
7   Dated:  November 18, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

fost1064.802

2